UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
PAUL BETANCES, et al.,

                       Plaintiffs,

- against -

BRIAN FISCHER, in his capacity as
Commissioner of the New York State
Department of Correctional Services (DOCS),
and in his individual capacity, et al.,

                       Defendants.
------------------------------------------------------------X

11-cv-3200 (RWL)

**ORDER**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/14/2020

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

For the reasons stated during the conference held on January 14, 2020:

1. Expert discovery in this action will not be stayed pending the Second Circuit's adjudication of *Earley v. Annucci*, No. 18-3739.

2. By April 14, 2020, Defendants shall complete all data analysis required to determine class membership, and for each member, their time of re-incarceration, supervised release, and other data points relevant to the parties' damages assessment. The Court will not grant any extensions to this deadline. If there is any doubt as to the relevant data points, the parties shall meet and confer to make sure they have an agreement as to what they are by January 28, 2020.

3. The parties shall meet and confer regarding proposed deadlines for expert discovery, motions and pre-trial filings. By January 28, 2020, the parties shall submit the proposed schedule to the Court or inform the Court as to why parties are unable to agree.

SO ORDERED.

/s/ 

ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated:     January 14, 2020
           New York, New York

Copies transmitted to all counsel of record.