UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
BETANCES,

                                      Plaintiffs,                No. 11-CV-3200 (RWL)

          -v-

FISCHER, et al.,

                                      Defendants.
------------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/18/2020

## NOTICE OF WITHDRAWAL AS COUNSEL

      PLEASE TAKE NOTICE that, pursuant to Rule 1.4 of the Local Rules for the United States District Courts for the Southern and Eastern Districts of New York, I, Barbara K. Hathaway, an Assistant Attorney General at the Office of Letitia James, Attorney General of the State of New York, attorney for defendants Fischer, Annucci and Tracy in the above-entitled action, hereby withdraws as an attorney of record for Defendants Fischer, Annucci and Tracy, as I am leaving the Office of the Attorney General and am no longer assigned to the defense of this case on the Attorney General's behalf. The Office of the Attorney General will continue to serve as counsel of record to Defendants in the above-referenced matter, and this matter will continue to be handled by Assistant Attorney General Michael Keane.

      Therefore, I hereby request that the Court grant my withdrawal and that my appearance be removed from the docket.

Dated:    New York, New York    Respectfully submitted,
          May 18, 2020

                                              LETITIA JAMES
                                              Attorney General
                                              State of New York
                                              <u>Attorney for Defendants</u>

                                              By:

                                              <u>*/s/Barbara K. Hathaway*</u>

                                              Barbara K. Hathaway
                                              Assistant Attorney General
                                              28 Liberty Street
                                              New York, New York 10005
                                              Tel: (212) 416-8560
                                              Email:   Barbara.Hathaway@ag.ny.gov

cc:     All counsel (via ECF)

IT IS SO ORDERED.

Dated: _____May 18_____, 2020 _____ /s/ _____
                                              HON. ROBERT W. LEHRBURGER