USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/25/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
PAUL BETANCES, et al.,                          :       11-cv-3200 (RWL)
                                                :
                       Plaintiffs,              :       **ORDER**
                                                :
        - against -                             :
                                                :
BRIAN FISCHER, in his capacity as               :
Commissioner of the New York State              :
Department of Correctional Services (DOCS),     :
and in his individual capacity, et al.,         :
                                                :
                       Defendants.              :
-------------------------------------------------------------X

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

For the reasons stated during the conference held on June 25, 2020:  by July 9, 2020, Defendants shall provide to Plaintiffs a list of proposed "subgroups" of class members, which shall include for each at least the following:  (1) a description of the "subgroup"; (2) the reasons for forming that "subgroup"; and (3) the role that "subgroup" would play in advancing settlement or at trial.  By July 16, 2020, the parties shall meet and confer on Defendants' proposed subgroups.

The parties shall contact the Deputy Clerk to schedule a status conference with this Court to take place in early to mid-August.  At least three days prior to the conference, the parties shall file a joint letter describing the issues to be discussed at the conference.

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated:   June 25, 2020
         New York, New York

Copies transmitted to all counsel of record.