UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/10/2021
```

-------------------------------------------------------------X

PAUL BETANCES, et al.,                     :
                                           :
                          Plaintiffs,      :          11-CV-3200 (RWL)
                                           :
             - against -                   :
                                           :          **ORDER**
                                           :
BRIAN FISCHER, in his capacity as          :
Commissioner of the New York State         :
Department of Correctional Services (DOCS),:
and in his individual capacity, et al.,    :
                                           :
                          Defendants.      :
-------------------------------------------------------------X

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

As per the conference held on June 20, 2021:

1.  Defendants' suggestion that the Court reconsider the statute of limitations issue in light of *Chavez v. Occidental Petroleum* (N.Y. 2020), is denied.

2.  Defendants' request to exclude the testimony of Shawn Smith is denied; however, Defendants may depose Mr. Smith.

3.  Defendants' request to revisit qualified immunity in light of *Early v. Annucci* (2d Cir. 2020) is denied.

All other issues that are subject of the parties' motions in limine and pre-trial briefs are denied without prejudice to renewal at an appropriate juncture.

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: June 10, 2021
     New York, New York

Copies transmitted this date to all counsel of record.