

STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL

LETITIA JAMES  
Attorney General

DIVISION OF STATE COUNSEL  
LITIGATION BUREAU

212-416-8550

June 11, 2022

Hon. Robert W. Lehrburger  
United States Magistrate Judge  
United States District Court  
Southern District of New York  
500 Pearl Street  
New York, NY 10007-1312

Re:  Betances, et al. v. Fischer, et al., Docket No. 11-CV-3200 (RWL)

Dear Judge Lehrburger:

This Office represents New York State Department of Corrections and Community Supervision ("DOCCS") defendants Fischer, Annucci and Tracy ("Defendants") in the above-referenced matter, and intended to inform the Court by June 10, 2022 as to the progress the parties have made in preparing notice to the class.

The parties conferred this past week and discussed several logistical issues, and expect to follow up next week. At such point, we will report again on the progress made.

Thank you for your attention to this matter.

Respectfully submitted,  
_____/s_____  
Michael J. Keane  
Assistant Attorney General  
Office of the Attorney General  
28 Liberty Street / 18th Floor  
New York, NY 10005

cc: Matthew Brinckerhoff, Esq.

1