

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/31/2022
```

STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL

LETITIA JAMES  
Attorney General

DIVISION OF STATE COUNSEL  
LITIGATION BUREAU

212-416-8550

August 31, 2022

Hon. Robert W. Lehrburger
United States Magistrate Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007-1312

Re: <u>Betances, et al. v. Fischer, et al., Docket No. 11-CV-3200 (RWL)</u>

Dear Judge Lehrburger:

    This Office represents New York State Department of Corrections and Community Supervision ("DOCCS") defendants Fischer, Annucci and Tracy ("Defendants") in the above-referenced matter, in which the parties were to file revised pre-trial submissions by this date.

    Because of briefing deadlines in several other cases, I have been unable to exchange comments on the pre-trial submissions with Plaintiffs' counsel.

    Plaintiffs have consented to an extension of the deadline in this case until September 2, 2022 (provided that the extension will not affect the trial date yet to be scheduled). Accordingly, I respectfully request that the Court grant the parties until September 2, 2022, to file their revised pre-trial submissions.

    Thank you for the Court's attention.

Respectfully submitted,
/s
Michael J. Keane
Assistant Attorney General
Office of the Attorney General
28 Liberty Street / 18th Floor
New York, NY 10005

1

cc: Matthew Brinckerhoff, Esq. / Alanna Kaufman, Esq.
 Joel Berger, Esq.

Extension granted.

SO ORDERED:

8/31/2022

HON. ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE