

STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL

LETITIA JAMES  
Attorney General

DIVISION OF STATE COUNSEL  
LITIGATION BUREAU

212-416-8550

October 5, 2022

Hon. Robert W. Lehrburger  
United States Magistrate Judge  
United States District Court  
Southern District of New York  
500 Pearl Street  
New York, NY 10007-1312

Re: <u>Betances, et al. v. Fischer, et al., Docket No. 11-CV-3200 (RWL)</u>

Dear Judge Lehrburger:

This Office represents New York State Department of Corrections and Community Supervision ("DOCCS") defendants Fischer, Annucci and Tracy ("Defendants") in the above-referenced matter, and file this letter to update the Court as to dates the parties are unavailable for trial in the first quarter of 2023.

One Defendant has indicated that he is not available the between January 13 and January 20, an additional week beyond those the parties identified as unavailable dates last week: January 2 through 13, February 16 through 24, and March 13 through 30. One Defendant has not yet been able to confirm whether additional dates are unavailable.

Thank you for the Court's attention.

Respectfully submitted,

_____/s_____  
Michael J. Keane  
Assistant Attorney General  
Office of the Attorney General  
28 Liberty Street / 18th Floor  
New York, NY 10005

cc: counsel of record

1