UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
PAUL BETANCES, et al.,

                        Plaintiffs,

        - against -

BRIAN FISCHER, in his capacity as
Commissioner of the New York State
Department of Correctional Services (DOCS),
and in his individual capacity, et al.,

                      Defendants.
-------------------------------------------------------------X

11-CV-3200 (RWL)

**ORDER**

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

      On March 23, 2023, the Second Circuit issued a decision in *Vincent v. Annucci*, No. 21-22, addressing damages for reincarceration after wrongfully imposed PRS. By March 30, 2023 the parties shall each submit a letter of no more than three pages addressing how that decision impacts determination of damages in the instant case and particularly whether it has any implications for class certification and the upcoming trial of general damages for loss of liberty. By April 4, 2023, the parties may file a reply of no more than three pages to the other party's initial letter.

                                SO ORDERED.

                                _____
                                ROBERT W. LEHRBURGER
                                UNITED STATES MAGISTRATE JUDGE

Dated: March 23, 2023
       New York, New York

Copies transmitted this date to all counsel of record.

1