```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/6/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
PAUL BETANCES, et al.,

                          Plaintiffs,

        - against -

BRIAN FISCHER, in his capacity as
Commissioner of the New York State
Department of Correctional Services (DOCS),
and in his individual capacity, et al.,

                          Defendants.
------------------------------------------------------------X

11-CV-3200 (RWL)

**ORDER**

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

      The Court has reviewed the letter submissions from the parties regarding the potential impact of the Second Circuit's recent *Vincent* decision on this case, including the impending class trial on general damages for loss of liberty. (*See* Dkts. 375-78.) One thing that is clear from the submissions is that a number of issues require further exploration; even Plaintiffs ask to adjourn the trial for expedited briefing and resolution of a summary judgment motion. Accordingly, (1) trial, currently scheduled to start on May 9, 2023, is adjourned to a date to be determined; and (2) the Court will hold a case management conference to discuss issues raised by the parties' letters and the procedural path forward. Prior to the case management conference, the parties shall meet and confer regarding the next procedural steps (e.g., further briefing, discovery, etc.) and, at least two days prior to the conference, jointly file a status report as to the parties' positions in that respect. My Deputy Clerk will coordinate with the parties to schedule a date for the conference.

1

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: April 6, 2023
       New York, New York

Copies transmitted this date to all counsel of record.