UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
PAUL BETANCES, et al.,

                        Plaintiffs,

        - against -

BRIAN FISCHER, in his capacity as
Commissioner of the New York State
Department of Correctional Services (DOCS),
and in his individual capacity, et al.,

                       Defendants.
------------------------------------------------------------X

11-CV-3200 (RWL)

**ORDER**

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

    As discussed at the case management conference held on April 19, 2023:

    1.    To address the implications of the recent Second Circuit *Vincent* decision, the parties will proceed according to the following deadlines:

| April 20, 2023 | Plaintiffs shall serve limited contention interrogatories |
| --- | --- |
| May 4, 2023 | Defendants shall serve answers to the interrogatories |
| May 18, 2023 | If Plaintiffs believe that the answers to their interrogatories warrant further factual discovery, they shall meet and confer with Defendants and notify the Court of any proposed change in the schedule |
| May 25, 2023 | Plaintiffs shall file their opening brief for partial summary judgment |
| June 26, 2023 | Defendants shall file their opposition, and cross-motion, if any |
| July 10, 2023 | Plaintiffs shall file their reply, and opposition to Defendants' cross-motion |
| July 24, 2023 | Defendants shall file their reply, if any, in support of their cross-motion |

1

2

2. The briefing shall address at least the following issues: (i) the impediment/causation issue identified by the majority in *Vincent*, (ii) this Court's previous ruling with respect to Nunc Pro Tunc class members, and (iii) implications for continuation as a class action for general loss-of-liberty damages.

3. By May 1, 2023, the parties shall submit blackout dates of availability for trial of general loss-of-liberty damages in September, October, November, and December 2023.

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: April 19, 2023
　　　　New York, New York

Copies transmitted this date to all counsel of record.