To: Court Clerk, SDNY

Re: 11-CV-3200 (RWL), PRS class action

Dear Madam or Sir,

    Hello, I was recently informed that your court is handling a class action involving illegal post-release supervision. Betances v. Fischer. ** I would like to join the class action.

I greatly appreciate your attention to this matter. Thanks for your time and consideration. I hope to hear from you soon. Have a nice day!

                      Yours Truly

Richard Poux # 06A6742
Shawangunk CF
P O box 700
Wallkill NY 12589

Date 8-1-2025



RECEIVED AUG 0 7 2025 PRO SE OFFICE



SHAWANGUNK CORRECTIONAL FACILITY
P.O. BOX 700
WALLKILL, NEW YORK 12589
NAME: Richard Poux
DIN: 06A6742

Federal District court
SDNY court clerk
500 Pearl Street
NY, NY 10007-1312

Legal mail

RECEIVED
AUG 07 2025
PRO SE OFFICE