UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
PAUL BETANCES, et al.,

                Plaintiffs,

       - against -

BRIAN FISCHER, in his capacity as
Commissioner of the New York State
Department of Correctional Services (DOCS),
and in his individual capacity, et al.,

                Defendants.
-------------------------------------------------------------X

11-CV-3200 (RWL)

**ORDER**

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

On October 30, 2025, the Second Circuit decided *Fischer v. Santiago*, Nos. 23-814, 23-855. By December 4, 2025, the parties shall each submit a letter of no more than 3 pages explaining their view of how, if at all, the *Santiago* decision bears on the instant litigation and future trial.

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: November 20, 2025
      New York, New York

Copies transmitted this date to all counsel of record.