UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
PAUL BETANCES, et al.,                          :
                                                :        11-CV-3200 (RWL)
                              Plaintiffs,        :
                                                :
             - against -                        :        **ORDER**
                                                :
BRIAN FISCHER, in his capacity as               :
Commissioner of the New York State              :
Department of Correctional Services (DOCS),     :
and in his individual capacity, et al.,         :
                                                :
                              Defendants.        :
-------------------------------------------------------------X

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

The Court is in receipt of the parties' correspondence concerning Defendants' request that the Court adjourn trial sine die and schedule briefing to address (1) Defendants' objection to Ms. Crump as an adequate and typical class representative; (2) Defendants' request to decertify the class; and (3) Defendants' request to reverse the Court's previous summary judgment ruling on impediments. (*See* Dkts. 492, 493.) Based on prior proceedings and orders, the Court agrees that it is appropriate to brief the adequacy and typicality issue. There is no basis, however, to revisit class certification or summary judgment on impediments, principally for the reasons as set forth by Plaintiffs in their letters of December 8, 2025 (Dkt. 484), December 18, 2025 (Dkt. 487), and February 23, 2026 (Dkt. 493). While briefing concerning Ms. Crump warrants an adjournment of trial, the Court will set a date certain. To that end, by **February 27, 2026**, the parties' shall file a letter identifying their availability for trial, for which two weeks will be reserved, during the period of **June 29 to August 2, 2026**. If a party is not available for any time during that period, they must explain why.

1

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: February 24, 2026
     New York, New York

Copies transmitted this date to all counsel of record.

2