UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------X

PAUL BETANCES, et al.,                           :

                                  Plaintiffs,    :          11-CV-3200 (RWL)

                                                 :

                                                 :          **ORDER:**
                                                 :          **PRE-TRIAL ISSUES II**
             - against -                         :

                                                 :

BRIAN FISCHER, in his capacity as                :
Commissioner of the New York State               :
Department of Correctional Services (DOCS),      :
and in his individual capacity, et al.,          :

                                                 :

                                  Defendants.    :

---------------------------------------------------------------X

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

As discussed, among other matters, at the pretrial conference held on June 30, 2026:

1.      By **Tuesday, July 7, 2026**, Plaintiffs shall file a letter submitting evidence demonstrating that Ms. Crump is a member of the Meeting Minutes subclass in that her sentencing minutes were in Defendants' possession at the relevant time. By the same date, Defendants shall file a letter submitting evidence, if any, that Ms. Crump is not a member of the Meeting Minutes subclass in that respect.

2.      By **Tuesday, July 7, 2026**, the parties shall submit their trial exhibit list(s) and exhibits, along with any objections, to the Court. The Court understands that additional exhibits may be added in the event the Court issues a ruling with respect to evidence submitted pursuant to paragraph 1 above.

1

SO ORDERED.

_____

ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: June 30, 2026
      New York, New York

Copies transmitted this date to all counsel of record.

2