UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

PAUL BETANCES, et al.,

Plaintiffs,

- against -

BRIAN FISCHER, in his capacity as Commissioner of the New York State Department of Correctional Services (DOCS), and in his individual capacity, et al.,

Defendants.

---

11-CV-3200 (RWL)

**ORDER**

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

Attached is the Court's list of voir dire questions for prospective jurors. Any objections shall be filed by **Thursday, July 9, 2026**.

SO ORDERED.

ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: July 6, 2026
New York, New York

Copies transmitted this date to all counsel of record.

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
**---------------------------------------------------------------X**
**PAUL BETANCES, LLOYD A. BARNES,**
**GABRIEL VELEZ a/k/a GABRIEL BELIZE,**
**Individually and on behalf of all others**
**Similarly situated,**

**11 Civ. 3200 (RWL)**

**Plaintiffs,**

**-against-**

**BRIAN FISCHER, ANTHONY ANNUCCI**
**And TERENCE TRACY,**

**Defendants.**
**---------------------------------------------------------------X**

**JURY VOIR DIRE**
**(COURT DRAFT JULY 6, 2026)**

**Introduction**

Our system of justice deems all litigants – both plaintiffs and defendants – as equals and requires that they be treated fairly and impartially. That requires having fair and impartial jurors. To that end, I and the lawyers are going to ask you some questions to determine if you should be a juror in this particular case.

Before the questions, however, I am going to provide you with a brief description of the case. This is a civil lawsuit, not a criminal one. As I will instruct you later, the standard of proof in a civil case is different than in a criminal case.

The plaintiff who will testify at trial is Samantha Crump. The case is what we call a class action. Ms. Crump has sued both on behalf of herself individually as well as on behalf of other persons who have claims like hers. Ms. Crump is a class representative. Ms. Crump will testify both for herself individually and on behalf of all the persons in the case that have claims like hers.

There are three defendants: Anthony Annucci, Brian Fischer, and Terence Tracy. During the time period at issue in this case, Mr. Fischer and Mr. Annucci led the New York State Department of Correctional Services. The third defendant, Terence Tracy, led the New York State Division of Parole. The Department of Correctional Services and the Division of Parole were combined under a single agency called the New York State Department of Corrections and Community Supervision.

Ms. Crump and the other members of the class claim that the Defendants violated their constitutional rights. The Court has already determined in this case that Mr. Annucci, Mr. Fischer, and Mr. Tracy did in fact violate the constitutional rights of Ms. Crump and the other members of the class.

Because the Court already has made that determination, the only issue being decided at trial is damages – that is, the amount of money that should be awarded to Ms. Crump and other members of the class for harm caused by Defendants' violation of their constitutional rights.

In broad terms, that is what this trial is about.

I will now proceed to ask you questions. The questions will take place in two parts. The first set of questions I will ask all of you in this courtroom. The second set of questions will take place individually, one juror at a time, in my jury room. To begin, I will administer an oath requiring you to truthfully answer the questions posed to you.

**Oath**

"I do solemnly swear or affirm that I will truthfully answer all questions that shall be asked of me regarding my qualifications as a juror in the case now called for trial."

## TO THE PANEL

## Knowledge Of Case, Parties And Witnesses

1. Do any of you have any **knowledge of this case** aside from what I have told you so far?

2. Are any of you familiar with the named plaintiffs **Paul Betances, Lloyd Barnes, Gabriel Velez, or Samantha Crump**?

3. Are any of you familiar with the individual defendants **Anthony Annucci, Brian Fischer, and Terence Tracy**?

4. The plaintiffs are represented by the law firm **Emery Celli Brinckerhoff Abady Ward & Maazel LLP**. Are any of you familiar with that firm? The attorneys from that firm who will be appearing in court are **Matthew Brinckerhoff, Jonathan Abady, Earl Ward, Nick Bourland, and Hafsa Mansoor.** Do you know any of these individuals?

5. Do you know, or, to your knowledge, have you had any dealings, directly or indirectly, with **any individual or any employees** or members of the Emery Celli law firm? Who? Will that affect your ability to be impartial?

6. The Defendants are represented by the **New York State Office of the Attorney General**. The attorneys from that office who will be appearing in court are **Michael Keane, Seth Farber, and Peter Morrison**. Do you know any of these individuals?

7. Do you know **anyone who works at the Office** of the New York State Attorney General? Who? Will that affect your ability to be impartial?

8. Have you had any **dealings with** the New York State Attorney General's Office? If so, in what context? Will that affect your ability to be impartial?

9. Do you know any of the following **witnesses** who may testify in this case in addition to the parties already identified: **Richard Desimone** and **Theresa Knapp-David**.

10. Do you recognize any of the other **potential jurors** who are here? If so, SIDE BAR: Is there any reason why sitting on a jury with that person would be difficult for you?

## Ability to Follow the Proceedings

11. Do any of you have any problem hearing or seeing, or any problem reading, speaking or understanding the **English** language?

12. Do any you have any **medical**, physical or psychological condition that would make it difficult for you to serve as a juror?

13. Trial of this case is expected to last up to **5 days**. Is there any reason you cannot serve on the jury for that period of time?

## Ability to Render an Impartial Verdict Generally

14. Given what I have told you about the case, does anyone believe that they could not be a **fair and impartial** juror?

15. As a juror, you must **keep an open mind** about this case until hearing all of the evidence, the arguments of both sides and the instructions on the law I will give. Do any of you think you will not be able to keep an open mind?

16. If selected as a juror, you will be **instructed by me not to talk** to anyone about the case until it is over. And you will not be allowed to speak with other jurors about the case until the trial ends and you and the other jurors begin your deliberations. Does anyone think they cannot follow that instruction?

**Ability to Apply the Law as Given by the Court**

17. In a jury trial like this one, the decisions concerning the facts of the case are made by the jury, and decisions concerning the law are made by the Court. I will instruct you as to the law that you must apply. Do any of you feel that you will not be able or willing to **apply the law as instructed by me**?

18. **Even if you disagree** with my instructions or feel that the law ought to be something different from what I tell you, you must follow the law as I instruct you on it. Do any of you feel that you will not be able to do that?

## INDIVIDUAL QUESTIONS

### Home, Job, and Family

19. What city or town do **you live in**? For how long? If you live in Manhattan or the Bronx, what neighborhood do you live in?

20. What is the highest level of **education** you have completed? What degrees, licenses or certificates if any do you have?

21. Have you, members of your household, relatives, or close friends ever served in the **armed forces**? If so, what branch, when and for how long? What were the circumstances of discharge?

22. Are you currently **employed**? If yes, what is your occupation? (If not what was your last employment and when?) **Where are you employed** and for how long have you been employed there? What are your job title and responsibilities?

23. Are you **married or in a domestic partnership**? If so, does your spouse or domestic partner work? If not, has your spouse or domestic partner worked in the past? If your spouse or domestic partner works, or has worked in the past, where do or did they work? What are/were their job title and job responsibilities?

24. Do you have any **children**? If so, how many and what ages? Do any of your children work full time? If so, for whom do they work? What are their titles and job responsibilities?

25. Are your **parents** still living and, if so, are they employed? For whom did, or do, they work, and what are their titles and job responsibilities?

26. If you currently **live with someone other than** a spouse, domestic partner, child, or parent, where does that person work, and what are that person's job title and responsibilities?

27. Do you, or any of your relatives or close friends, have **experience or training as a lawyer**? If yes, describe your or their experience or training. Is there anything about your experience, or your relationship with the person with legal experience, that would affect your ability to be fair to the parties and lawyers in this case?

## Personal Interests and Activities

28. What are your **interests and/or hobbies** outside of work?

29. Do you do any **volunteer work**? If so, for what organizations, and what is the nature of the volunteer work you perform?

30. Are you a member of any **organizations**, whether social, religious, political, or professional, including being a member of a union? What is the nature of those organizations? How long have you been a member? What is the level of your participation?

31. Do you pay attention to the **news**? Where do you typically get your news from?

32. Tell me about any television shows, movies, books, radio programs, blogs or other **media** that you regularly enjoy? What **websites or social media sites**, if any, do you regularly visit?

**Law Enforcement, Corrections, and Parole**

33. Have you ever heard of the New York State Department of Corrections and Community Supervision also known as DOCCS? Do you have any **opinions about DOCCS, the New York State parole system, or the New York State prison system**?

34. Have **you, a close friend, or relative ever worked for, or applied to work for**, any law enforcement or security agency, including any police department, agency that operates a prison or jail, or that administers parole? If so, in what capacity? Is there anything about your experience or relationship with that person, which causes you to believe that you might have a bias for or against a party in this lawsuit?

35. Have you, a close friend or relative ever worked for any company or **business that provides correctional or parole services**? If so, identify the employer and describe the job. Is there anything about your experience or relationship with that person which causes you to believe that you might have a bias for or against a party in this lawsuit?

36. Have you, a close friend or relative ever been employed by, or applied to be **employed by, any New York State government, office or agency?** If so, what was the position? Is there anything about your experience or

relationship with that person that causes you to believe that you might have a bias for or against a party in this lawsuit?

## Experience With Criminal Justice System

37. Have you, any relative or close friend ever been **arrested**? If so, describe. Would anything about that experience affect your ability to be impartial in this case?

38. Have you, any relative or close friend ever been **incarcerated** in a jail, prison or correctional facility? If so, describe. Would anything about that experience affect your ability to be impartial in this case?

39. Have you, any relative, or any close friend ever been on **parole or probation?** If so, describe. Would anything about that experience affect your ability to be impartial in this case?

## Litigants and Class Actions

40. Do you have any opinions about **people who file lawsuits** seeking money for personal injuries?

41. Do you **assume** that just because someone files a lawsuit they are entitled to compensation?

42. Do you have any **concerns about awarding** people financial compensation for injuries they have suffered if they are entitled to compensation under the law?

43. Do you have any concerns about people seeking money in a **lawsuit against a government agency or employee** if those people believe the agency or employee violated their rights?

44. If a plaintiff was entitled to recover compensation in a lawsuit, would you award a **different amount of money** because the defendant is a government employee or law enforcement official as compared to some other defendant?

45. Have you, a close friend, or relative ever brought a **lawsuit or claim for compensation against the State of New York or any of its agencies or employees**? If so, what was is/was the nature of that lawsuit. Is there anything about that experience that would affect your ability to be impartial in this case?

46. This case is a **class action** in which the plaintiff you will hear from at trial, Samantha Crump, will testify both on her own behalf and as a representative of other individuals who have claims like hers. In a class action, relief is sought on behalf of the entire class of the people in that class. Do you have any opinions about class actions?

**Previous Experience with Litigation**

47. Have you, a relative or close friend, ever been a **party** in a lawsuit? If so, describe the lawsuit. Were you (or your relative or friend) suing or being sued? Who was the other party? What was the outcome? How did you (or they) feel about your experience as a litigant? Is there anything about that experience that would affect your ability to be impartial in this case?

48. Have you, a close friend or relative ever **testified** in a legal proceeding? What were the circumstances? How did you (or they) feel about that experience? Is there anything about that experience that would affect your ability to be impartial in this case?

49. Have you, a close friend or relative or friend, ever **served as a juror for a trial or on a grand jury**? What were the circumstances? How did you (or they) feel about that experience? Is there anything about that experience that would affect your ability to be impartial in this case?

## Anything Else

50. Is there **anything not mentioned** so far that should be brought to my attention because it would affect your ability to be a juror in this case and to render an impartial verdict?