UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------X

PAUL BETANCES, et al.,

Plaintiffs,

- against -

BRIAN FISCHER, in his capacity as Commissioner of the New York State Department of Correctional Services (DOCS), and in his individual capacity, et al.,

Defendants.

---------------------------------------------------------------X

11-CV-3200 (RWL)

**ORDER**

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

As discussed at the pretrial conference held via Microsoft Teams on July 9, 2026, the following exhibits are excluded from trial: Defendants' Exs. G through J, L, O, P, and R through Y.

The following exhibits will be ruled upon, depending on circumstances at trial and are neither admitted nor excluded at this time: Defendants' Exs. B, C, D, F, K, M, Q, Z.

The following exhibits are admitted: Plaintiffs' Exs. 1 through 6, and Defendants' Exs. A, E, N. The parties should avoid introducing the same exhibit twice under different exhibit identifiers.

SO ORDERED.

ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: July 10, 2026
New York, New York

Copies transmitted this date to all counsel of record.