CT.
Ex. #3

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------X
**PAUL BETANCES, LLOYD A. BARNES,**
**GABRIEL VELEZ a/k/a GABRIEL BELIZE,**
**Individually and on behalf of all others**
**Similarly situated,**

                                                    **Plaintiffs,**                                    **11 Civ. 3200 (RWL)**

                          **-against-**

**BRIAN FISCHER, ANTHONY ANNUCCI**
**And TERENCE TRACY,**

                                                    **Defendants.**
-------------------------------------------------------------------X

### JURY VERDICT FORM

The jury must answer these questions based on the evidence and the Court's instructions on the law. All jurors must agree on the answer to each question.

1.      What amount of compensatory damages do you award to each single class member for one day of lost liberty caused by Defendants' failure to take reasonable steps to terminate the member's unlawful post-release supervision?

$ 200 _____

2.      What amount of compensatory damages do you award to each single class member for one day of lost liberty caused by Defendants' failure to take reasonable steps to terminate the member's incarceration for having violated conditions of unlawful post-release supervision?

$ 800 _____

3.    What amount of compensatory damages, if any, do you award to Ms. Crump individually for harm – other than loss of liberty – proximately caused by unlawfully imposed post-release supervision and her incarceration for having violated the conditions of that post-release supervision?  Any such damages must not include damages for lost liberty.

$ 100,000

Foreperson, please sign and date this Jury Verdict Form and advise the Court by note

that you have reached a verdict and are ready to return to the courtroom to announce it.

Dated:    New York, New York
          July 17, 2026

FOREPERSON    7/17/26

7/17/2026

7/17/26

7/17/26

7/17/26

Erica McClurts    7/17/26

7/17/26

Ramona C. Pula    7/17/26

2