UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PAUL BETANCES, *et al.*, Plaintiffs, – against – BRIAN FISCHER, *et al.*, Defendants. | 11-cv-3200 (RWL) **NOTICE OF MOTION** |

**PLEASE TAKE NOTICE** that Defendants Brian Fischer, Anthony Annucci, and Terrence Tracy, having moved for an Order pursuant to Rule 50(a) of the Federal Rules of Civil Procedure for judgment as a matter of law, and having renewed that motion pursuant to Rule 50(b) after trial on July 17, 2026, hereby renew that motion by notice herein, and alternatively, to the extent the Rules require, move for an Order pursuant to Rule 59 (a) and/or (e) of the Fed. R. Civ. P., as provided for by Rule 50, for a New Trial, or a Remittitur of the Damages Award, and for such further relief as this Court deems just and proper, upon all the pleadings and proceedings herein.

**PLEASE TAKE FURTHER NOTICE** that pursuant to the Court's Order of July 23, 2026 (ECF #550), supporting papers are to be filed by September 15, 2026, opposition papers are to be filed by October 15, 2026, and reply papers, if any, are to be filed by October 29, 2026.

Dated: New York, New York
August 14, 2026

LETITIA JAMES
Attorney General of the
State of New York
Attorney for Defendants

By:

*/s/ Michael J. Keane*
Michael J. Keane
Peter C. Morrison
Assistant Attorneys General
Seth J. Farber
Special Litigation Counsel

28 Liberty Street, 18th Floor
New York, New York 10005
(212) 416-8550; -8590; -8029
michael.keane@ag.ny.gov
peter.morrison@ag.ny.gov
seth.farber@ag.ny.gov

TO: All counsel ***via* ECF**